UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

HADI NOUREDINE, a citizen of Oregon,

        Plaintiff,

        v.

DIVERSITY ESCROW, INC., et al,

        Defendants.

3:11-cv-00410 -ST

ORDER OF DISMISSAL OF CLAIMS AGAINST DIRA INVESTMENTS, INC.

STEWART, Magistrate Judge:

**ORDER**

    Based on the MOTION TO DISMISS CLAIMS AGAINST DIRA INVESTMENTS, INC., document [35],

    IT IS ORDERED AND ADJUDGED that the claims against DIRA INVESTMENTS, INC. are DISMISSED without prejudice or an award of costs or fees to either party.

    DATED July 31, 2012.

                      s/ Janice M. Stewart
                      Janice M. Stewart
                      United States Magistrate Judge