UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

HADI NOUREDINE, a citizen of
Oregon,

        Plaintiff,

v.

DIVERSITY ESCROW, INC., et al,

        Defendants.

3:11-cv-00410 -ST

ORDER OF DISMISSAL OF
CLAIMS AGAINST DIRA
INVESTMENTS, INC.

STEWART, Magistrate Judge:

## ORDER

Based on the MOTION TO DISMISS CLAIMS AGAINST DIRA INVESTMENTS, INC., document [35],

IT IS ORDERED AND ADJUDGED that the claims against DIRA INVESTMENTS, INC. are DISMISSED without prejudice or an award of costs or fees to either party.

DATED July 31, 2012.

        s/ Janice M. Stewart
        Janice M. Stewart
        United States Magistrate Judge

1 – ORDER OF DISMISSAL